passion, prejudice or any other arbitrary factor and that the sentences imposed are not disproportionate to those imposed in similar cases. Further, we find that the evidence was sufficient to support the aggravating circumstances found in the murders of both Regina Clark and Austin Hopper. Accordingly, we affirm the verdicts and the sentences of death [35] imposed upon John Joseph Koehler by the Court of Common Pleas of Bradford County and direct the Prothonotary of the Supreme Court of Pennsylvania to transmit the complete record of this case to the Governor of Pennsylvania. 42 Pa.C.S. § 9711(i).

Justices ZAPPALA, NIGRO and SAYLOR concur in the result.

Daniel L. GILLIN

v.

WORKERS' COMPENSATION APPEAL BOARD (BECHTEL CONSTRUCTION CO.).

**Appeal of Bechtel Construction Co.**

Supreme Court of Pennsylvania.

Argued Sept. 13, 1999.

Decided Sept. 28, 1999.

Harry J. Klucher, Michael A. Cohen, Pietragallo Bosick & Gordon, for Bechtel Const.

Susan Paczak, Bryan K. Shreckengost, Pittsburgh, for Daniel Gillin.

Amber Kenger, Mechanicsburg, for WCAB.

Before FLAHERTY, C.J., and CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Justice ZAPPALA did not participate in the consideration or decision in this matter.

PENNSYLVANIA ASSOCIATION OF RURAL AND SMALL SCHOOLS; Clairton City School District; Northern Tioga School District; Harrisburg School District; Appollo–Ridge School District; Corry Area School District; Duquesne City School District; Everett School District; Glendale School District; Ronald Allender, by his parent and next friend, Arlen R. Allender; Steven M. Azami, by his parent and next friend, Faye M. Azami; Bradley Clark, by his parent and next friends, Henry Clark and Tonia Clark; Tiffany Evans, by her parent and next friend, Marilyn Evans; Jen-

**35.** We also affirm the judgment of sentence imposed by the trial court for the noncapital offenses of which Appellant was convicted.

nifer Huzey, by her parent and next friend, Thomas Huzey; Pam Sledge, by her parent and next friend, Roberta Sledge; and Karen Snell, by her parent and next friend, Denise Johnson, Petitioners,

v.

Thomas J. RIDGE, Governor of the Commonwealth of Pennsylvania, Eugene W. Hickok, Secretary of Education, Respondents.

The Association of School Districts in Support of Excellence and Equity, et al, Intervenors.

Supreme Court of Pennsylvania.

Submitted Dec. 16, 1998.

Decided Oct. 1, 1999.

Thomas B. Schmidt, III, Donna L. Fisher, Brian P. Downey, Harrisburg, for Pa Ass'n of Rural and Small Schools, et al.

Susan J. Forney, Sr. Deputy Atty. Gen., Robert A. MacDonnell, Philadelphia, for respondent.

Joseph M. Miller, Harrisburg, for Dept. of Education.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

AND NOW, this 1st day October, 1999 the order of the Commonwealth Court is affirmed.

Patrick J. CONLON, Appellee,

v.

RETIREMENT BOARD OF ALLEGHENY COUNTY, Appellant.

Supreme Court of Pennsylvania.

Argued Sept. 14, 1999.

Decided Oct. 4, 1999.

Bruce D. Campbell, Campbell Durrant & Beatty, P.C., Pittsburgh, for Retirement Board.

George W. Jacoby, Vicki L. Beatty, Pittsburgh, for Patirck J. Conlon.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.